IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL L. RABORN, #237 412, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-893-WHA-JTA ) |
| SOUTHERN HEALTH PARTNERS, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On November 4, 2020, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 5. There being no objection filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's complaint against Defendants Southern Health Partners and Andalusia Health Care is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1);

2. Plaintiff's prosecution claim against Defendant Turman is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1); and

3. Defendants Southern Health Partners and Andalusia Health Care are TERMINATED as parties to the complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendants Southern Health Partners and Andalusia Health Care pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendant.

Done, this 8th day of December 2020.

                                            /s/ W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE